**Order issued May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01043-CR

---

### ADOLFO RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices FitzGerald, Murphy, and Lewis

Based on the Court's opinion of this date, we **GRANT** the March 1, 2013 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Adolfo Rodriguez, TDCJ No. 1802473, Gurney Transfer Facility, 1385 FM 3328, Palestine, Texas, 75803.

/David Lewis/
DAVID LEWIS
JUSTICE